**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvador Reza,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Russell Pearce,<br><br>　　　　Defendant. | No. CV-11-1170-PHX-FJM<br><br>**ORDER** |

　　The court has before it the mandate of the court of appeals remanding the case for trial against the defendant Pearce only. (Doc. 105). This case is controlled by the Rule 16 Scheduling Order of Dec. 2, 2011 (doc. 32). A review of the docket shows that judment entered after all discovery closed. All that remains is trial. Accordingly, the Scheduling Order is amended as follows:

　　1. The joint proposed pretrial order referred to in paragraph 12 shall be lodged no later than February 12, 2016.

　　2. The final pretrial conference referred to in paragraph 16 shall be held on Wednesday, March 2, 2016 at 2:00 PM.

///

///

///

1  3. The firm jury trial referred to on page 6 is set for Tuesday, March 8, 2016 at 9:00
2  a.m., with a length of 3 days.
3  DATED this 6th day of January, 2016.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge